1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11  CORY LEE BRADEN,                                    Case No.  1:23-cv-01155-KES-SAB

12          Plaintiff,                                  ORDER ADOPTING FINDINGS AND
                                                        RECOMMENDATIONS
13          v.
                                                        (Doc. 11)
14  CENTRAL CALIFORNIA PRIVATE
    SECURITY,
15
            Defendant.
16

17

18         Plaintiff Cory Lee Braden filed this action on August 3, 2023, while he was a pretrial

19  detainee in Fresno County Jail.  Doc. 1.  Plaintiff is a state prisoner proceeding pro se and in

20  forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.  Plaintiff filed a

21  first amended complaint on August 30, 2023, asserting a claim solely against Central California

22  Private Security.  Doc. 8.  This matter was referred to a United States magistrate judge pursuant

23  to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

24         On March 1, 2024, the court issued a screening order granting plaintiff leave to file a

25  second amended complaint within thirty days.  Doc. 9.  The screening order was returned as

26  undeliverable on March 15, 2024.

27         On June 5, 2024, the magistrate judge issued findings and recommendations,

28

1

1  recommending this action be dismissed for plaintiff's failure to comply with orders of the court and

2  failure to prosecute.  Doc. 11.  The findings and recommendations were served on the parties and

3  contained notice that any objections to the findings and recommendations were to be filed within

4  fourteen (14) days from the date of service.  The period for filing objections has passed and no

5  objections have been filed.  The findings and recommendations were returned as undeliverable

6  on June 17, 2024.

7  In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of

8  this case.  Having carefully reviewed the file, the court finds the findings and recommendations

9  to be supported by the record and proper analysis.  Plaintiff failed to comply with the Local

10  Rules requiring him to keep the court apprised of his current address, and more than 63 days

11  have passed since the court's mail was first returned as undeliverable.  *See* Local Rule 183(b).

12  Accordingly, IT IS HEREBY ORDERED that:

13  1.  The findings and recommendations issued on June 5, 2024 (Doc. 11) are

14  ADOPTED IN FULL;

15  2.  This action is DISMISSED without prejudice for plaintiff's failure to comply with

16  orders of the court and failure to prosecute; and

17  3.  The Clerk of the Court is directed to CLOSE this matter.

18

19

20  IT IS SO ORDERED.

21  Dated:   August 12, 2024

    UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

2